| | |
|---|---|
| 1 | David P. Matthews |
|   | TX No. 13206200 |
| 2 | Jason C. Webster |
|   | TX No. 24033318 |
| 3 | Matthews & Associates |
|   | 2905 Sackett St. |
| 4 | Houston, TX 77098 |
|   | (713) 522-5250 |
| 5 | (713) 535-7184 facsimile |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 06 7278 CRB<br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| Margie Borchardt,<br>                    Plaintiffs,<br>        vs.<br>Merck & Co., Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MARGIE BORCHARDT, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 11/12 , 2009         MATTHEWS & ASSOCIATES

                            By: /s/ David P. Matthews
                            David P. Matthews
                            Attorneys for Plaintiffs

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | DATED: February 4, 2010    DLA PIPER LLP (US)

By: /s/ Michelle Sadowsky
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**